**Avtar SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72386.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 24, 2007.

Avtar Singh, San Rafael, CA, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, District Counsel, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, Marion E. Guyton, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

## MEMORANDUM **

Avtar Singh, a native and citizen of India, petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir.2004), and we deny the petition for review.

The BIA did not abuse its discretion in determining that Singh's untimely motion to reopen was not subject to the "changed circumstances" exception to the filing deadline because the evidence Singh submitted did not establish changed circumstances in India. *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Malty*, 381 F.3d at 945 (requiring circumstances to "have changed sufficiently that a petitioner who previously did not have a legitimate claim for asy-

lum now has a well-founded fear of future persecution").

## PETITION FOR REVIEW DENIED.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

